IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Todd A. Trozzo  

        Debtor

Bankruptcy No. 18-21878-CMB

Chapter 13

Re: Document No. 64

## ORDER SETTING STATUS CONFERENCE

And Now, this 3rd day of October, 2019, a *Response to Trustee's Notice of Final Cure Payment* having been filed at Doc. No. 64 by Deutsche Bank National Trust Company, as Trustee in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset Backed Certificates Series 2005-FFH4  (Claim No. 12) (which relates to the *Chapter 13 Trustee's Notice of Final Cure Payment*, filed at Doc. No. 63),

It is hereby **ORDERED** that a *Status Conference* will be held on **November 6, 2019 at 10:00 A.M**, in **Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**.  Counsel appearing on behalf of the Lender (or assignee of the Lender) filing the *Response* should have authority to resolve the matter at the time of the *Status Conference* and be sufficiently prepared and versed in the underlying subject matter to answer any and all questions posed by the Court at the time of the *Status Conference* including providing the Court with copies of all supporting documentation.  **Failure of any party to comply with any terms of this Order** will result in the imposition of sanctions on said party by, *inter alia*, reprimand, fine, prohibition against said party from offering testimony and/or dismissal.

BY THE COURT:

*Carlota M. Böhm* dmk

_____
Carlota M. Böhm  
Chief U. S. Bankruptcy Judge

FILED  
10/3/19 1:45 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Todd A. Trozzo
     Debtor

Case No. 16-21878-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Oct 03, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db         +Todd A. Trozzo,   267 Chess Road,   Smithfield, PA 15478-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
            Daniel R. White   on behalf of Debtor Todd A. Trozzo zmwchapter13@gmail.com,
             gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
            David Z. Valencik   on behalf of Creditor William Edward Scott dvalencik@c-vlaw.com,
             cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
            David Z. Valencik   on behalf of Creditor Dawn  Scott dvalencik@c-vlaw.com,
             cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
            James  Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
             trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed
             Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com
            Matthew Christian Waldt   on behalf of Creditor   Deutsche Bank National Trust Company, as
             Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4,
             Asset-Backed Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7