# PROCEEDING MEMO

**Date: 11/06/2019 10:00 am**

In re: Todd A. Trozzo

Bankruptcy No. 16-21878-CMB
Chapter: 13
Doc. # 58

**Appearances:  Katz/**
                **Daniel R. White, Wambrodt**

**Nature of Proceeding: # 58 Chapter 13 Trustee's Motion For Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**

**Additional Pleadings:** #60 BNC Certificate of Mailing of Docket #59
                                    #61 BNC Certificate of Mailing of Docket #58

**Judge's Notes:**

Matters continued to 12/18/19 at 11:00

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
11/6/19 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-21878-CMB
Todd A. Trozzo                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Nov 06, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db              +Todd A. Trozzo,    267 Chess Road,    Smithfield, PA 15478-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Todd A. Trozzo zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              David Z. Valencik    on behalf of Creditor William Edward Scott dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Creditor Dawn  Scott dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed
               Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor   Deutsche Bank National Trust Company, as
               Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4,
               Asset-Backed Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7