# PROCEEDING MEMO

Date: 11/06/2019 11:00 am

In re: Todd A. Trozzo

Bankruptcy No. 16-21878-CMB
Chapter: 13
Doc. # 58

**Appearances:** Katz/
Daniel R. White;

**Nature of Proceeding:** # 58 Continued Chapter 13 Trustee's Motion For Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements

**Additional Pleadings:** #60 BNC Certificate of Mailing of Docket #59
#61 BNC Certificate of Mailing of Docket #58

**Judge's Notes:**
can be granted, the certificate of eligibility has been filed

FILED
12/18/19 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA