IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Todd A. Trozzo<br>    Debtor<br><br>Ronda J. Winnecour, Trustee<br>    Movant<br><br>v.<br><br>Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4<br><br>    Respondent | Case No. 16-21878-CMB<br><br>Chapter 13<br><br>Related to: Document Nos. 63 and 64 |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, the Chapter 13 Trustee filed a Notice of Final Cure Payment showing Debtor's post-petition mortgage payments to Respondent current through July 2019 (Doc. 63);

WHEREAS, Respondent filed a Response to Notice of Final Cure Payment asserting that Debtor's post-petition payments were due for the July 2019 payment (Doc. 64);

WHEREAS, the Chapter 13 Trustee filed a Reply to Response to Notice of Final Cure Payment indicating that Respondent received post-petition payments totaling $44,077.66 representing 37 monthly payments from July 2016 through July 2019 (Doc. 68);

WHEREAS, Debtor's Chapter 13 bankruptcy petition was filed May 18, 2016;

WHEREAS, Debtor's initial post-petition payment to Respondent was due June 1, 2016;

WHEREAS, Respondent filed a proof of claim, Claim 12-1, indicating in Part 4 of the 410A, and in the attached Escrow Statement dated May 25, 2016, that the first post-petition payment was due June 1, 2016 in the amount of $1,118.88;

WHEREAS, the proof of claim contained an addendum indicating that the second post-petition payment to Respondent was also in the amount of $1,118.88;

It is therefore Stipulated and agreed as follows:

1. Debtor's Chapter 13 plan is completed.

2. The Chapter 13 Trustee has made all payments required under Debtor's confirmed Chapter 13 plan.

3. Respondent received payments totaling $95.22 in full satisfaction of its prepetition arrears.

4. Respondent received payments totaling $47,077.66, representing post-petition payments for the months of June 2016 through June 2019.

5. Debtor assumed responsibility for making direct payments to Respondent with the payment due July 1, 2019.

Consented to by:

*Daniel R. White, Esquire*
Daniel R. White, Esquire
Zebley, Mehalov & White, P.C.
Attorney for Debtors
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

*James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322

*Jana S. Pail, Esquire*
Jana S. Pail, Esquire
Office of the Chapter 13 Trustee
US Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

Dated: December 16, 2019

By the Court,

*[signature]*

FILED
12/16/19 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21878-CMB
Todd A. Trozzo                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr              Page 1 of 1         Date Rcvd: Dec 16, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db             +Todd A. Trozzo,    267 Chess Road,    Smithfield, PA 15478-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed
               Certificates, Series 2005-FFH4 alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
              Daniel R. White    on behalf of Debtor Todd A. Trozzo zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              David Z. Valencik    on behalf of Creditor William Edward Scott dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Creditor Dawn  Scott dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed
               Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4,
               Asset-Backed Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 8