| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Todd A. Trozzo** | Social Security number or ITIN **xxx−xx−9907** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **16−21878−CMB** | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Todd A. Trozzo

12/18/19                                    **By the court:**     Carlota M. Bohm
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 16-21878-CMB
Todd A. Trozzo                                                          Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0315-2           User: dpas                   Page 1 of 2                   Date Rcvd: Dec 18, 2019
                               Form ID: 3180W               Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db             +Todd A. Trozzo,    267 Chess Road,    Smithfield, PA 15478-1421
cr             +Dawn Scott,   153 Chess Road,    Smithfield, PA 15478-1419
cr             +William Edward Scott,    153 Chess Road,    Smithfield, PA 15478-1419
14232125       +Apothaker Scian,    520 Fellowship Road--C306,    Mount Laurel, NJ 08054-3410
14232126       +Blatt, Hasenmiller, Leibsker & Moore,    1835 Market Street--Suite 501,
                 Philadelphia, PA 19103-2968
14232132       +Davis & Davis,    107 East Main Street,    Uniontown, PA 15401-3600
14244279       +Frank Janello, Esq.,    1835 Market StreetSuite 501,    Philadelphia, PA 19103-2933
14244278       #+Goodwin Como Law Office,    92 East Main StreetSuite 20,    Uniontown, PA 15401-3577
14232135       +Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328
14232141       +TD Bank, USA, N.A.,    31 West 52nd Street,    New York, NY 10019-6118
14232127       +The Bureaus,    650 Dundee Road,    Northbrook, IL 60062-2747
14232137       +William Scott,    153 Chess Road,    Smithfield, PA 15478-1419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:15:47      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr              EDI: RECOVERYCORP.COM Dec 19 2019 07:58:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,   Miami, FL   33131-1605
14232124        EDI: GMACFS.COM Dec 19 2019 07:58:00      Ally Financial,    P.O. Box 130424,
                 Roseville, MN 55113-0004
14244277       +EDI: RMSC.COM Dec 19 2019 07:58:00      Amazon.com/Synchrony Bank,
                 Attention: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14238167        EDI: RECOVERYCORP.COM Dec 19 2019 07:58:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14232128        EDI: CAPITALONE.COM Dec 19 2019 07:58:00      Capital One,    c/o TSYS Total Debt Management,
                 P.O. Box 5155,    Norcross, GA 30091
14240106        EDI: CAPITALONE.COM Dec 19 2019 07:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC   28272-1083
14232129       +E-mail/Text: bankruptcy@cavps.com Dec 19 2019 03:16:09      Cavalry SPV I, LLC,
                 500 Summit Lake Drive--Suite 400,    Valhalla, NY 10595-1340
14232130        EDI: CHASE.COM Dec 19 2019 07:58:00      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
14232131       +EDI: CITICORP.COM Dec 19 2019 07:58:00      Citi Card,    P.O. Box 6500,
                 Sioux Falls, SD 57117-6500
14307146        E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2019 03:16:33
                 Deutsche Bank National Bank Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14232133        EDI: DISCOVER.COM Dec 19 2019 07:58:00      Discover,    P.O. Box 30421,
                 Salt Lake City, UT 84130-0421
14232134       +EDI: RMSC.COM Dec 19 2019 07:58:00      Gap--Synchrony Bank,    Attn: Bankruptcy Department,
                 P.O. Box 103104,    Roswell, GA 30076-9104
14232136        E-mail/Text: paparalegals@pandf.us Dec 19 2019 03:16:31      Patenaude & Felix,
                 Gregg L. Morris, Esq.,    213 East Main Street,    Carnegie, PA 15106
14263409        EDI: Q3G.COM Dec 19 2019 07:58:00      Quantum3 Group LLC as agent for,
                 JH Portfolio Debt Equities LLC,    PO Box 788,   Kirkland, WA 98083-0788
14237256        EDI: RECOVERYCORP.COM Dec 19 2019 07:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14232138       +E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2019 03:16:33
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14232139        EDI: STFM.COM Dec 19 2019 07:58:00      State Farm Bank,    P.O. Box 2327,
                 Bloomington, IL 61702-2327
14249885        EDI: STFM.COM Dec 19 2019 07:58:00      State Farm Bank, FSB,    Attn: Bankruptcy Dept.,
                 PO Box 2328,    Bloomington, IL 61702-2328
14232140        EDI: RMSC.COM Dec 19 2019 07:58:00      Synchrony Bank,    Attn: Bankruptcy Department,
                 P.O. Box 965060,    Orlando, FL 32896-5060
14307545       +E-mail/Text: bncmail@w-legal.com Dec 19 2019 03:16:02      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14300457        EDI: USBANKARS.COM Dec 19 2019 07:58:00      U.S. Bank National Association,
                 Bankruptcy Department,    PO Box 108,   St. Louis, MO 63166-0108
14232142        EDI: USBANKARS.COM Dec 19 2019 07:58:00      US Bank,    Cardmember Service,    P.O. Box 6335,
                 Fargo, ND 58125-6335
14244280        EDI: HFC.COM Dec 19 2019 07:58:00      Union Plus Credit Card,    P.O. Box 80027,
                 Salinas, CA 93912-0027
14244281        EDI: RMSC.COM Dec 19 2019 07:58:00      Walmart/Synchrony Bank,    Attn: Bankruptcy Dept.,
                 P.O. Box 965060,    Orlando, FL 32896-9009
14232143        EDI: WFFC.COM Dec 19 2019 07:58:00      Wells Fargo Bank,    P.O. Box 829009,
                 Dallas, TX 75382-9009
14303968        EDI: WFFC.COM Dec 19 2019 07:58:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14244282        EDI: WFFC.COM Dec 19 2019 07:58:00      Wells Fargo Visa,    P.O. Box 522,
                 Des Moines, IA 50306-0522
                                                                                              TOTAL: 28
```

```
District/off: 0315-2          User: dpas               Page 2 of 2            Date Rcvd: Dec 18, 2019
                              Form ID: 3180W           Total Noticed: 40

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed
               Certificates, Series 2005-FFH4 alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
              Daniel R. White    on behalf of Debtor Todd A. Trozzo zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              David Z. Valencik    on behalf of Creditor William Edward Scott dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Creditor Dawn  Scott dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed
               Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor   Deutsche Bank National Trust Company, as
               Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4,
               Asset-Backed Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 8