**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  TODD A. TROZZO<br>                Debtor(s)<br><br>  Ronda J. Winnecour<br>                Movant<br>            vs.<br>  No Repondents. | Case No.:16-21878<br><br>Chapter 13<br><br>Related to: Document No. 58 |

ORDER OF COURT

AND NOW, this ___18th___ day of __December__, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
12/18/19 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*            glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                      Case No. 16-21878-CMB
Todd A. Trozzo                                                              Chapter 13
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-2          User: dpas                  Page 1 of 2             Date Rcvd: Dec 18, 2019
                              Form ID: pdf900             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db             +Todd A. Trozzo,    267 Chess Road,    Smithfield, PA 15478-1421
cr             +Dawn Scott,    153 Chess Road,    Smithfield, PA 15478-1419
cr             +William Edward Scott,    153 Chess Road,    Smithfield, PA 15478-1419
14232125       +Apothaker Scian,    520 Fellowship Road--C306,    Mount Laurel, NJ 08054-3410
14232126       +Blatt, Hasenmiller, Leibsker & Moore,    1835 Market Street--Suite 501,
                 Philadelphia, PA 19103-2968
14232130        Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
14232131       +Citi Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14232132       +Davis & Davis,    107 East Main Street,    Uniontown, PA 15401-3600
14244279       +Frank Janello, Esq.,    1835 Market StreetSuite 501,    Philadelphia, PA 19103-2933
14244278       #+Goodwin Como Law Office,    92 East Main StreetSuite 20,    Uniontown, PA 15401-3577
14232135       +Home Depot,   P.O. Box 790328,    Saint Louis, MO 63179-0328
14232141       +TD Bank, USA, N.A.,    31 West 52nd Street,    New York, NY 10019-6118
14232127       +The Bureaus,    650 Dundee Road,    Northbrook, IL 60062-2747
14300457       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: U.S. Bank National Association,     Bankruptcy Department,
                 PO Box 108,    St. Louis, MO 63166-0108)
14244280        Union Plus Credit Card,    P.O. Box 80027,    Salinas, CA 93912-0027
14232143        Wells Fargo Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
14303968        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14244282        Wells Fargo Visa,    P.O. Box 522,    Des Moines, IA 50306-0522
14232137       +William Scott,    153 Chess Road,    Smithfield, PA 15478-1419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 19 2019 03:18:13
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14232124        E-mail/Text: ally@ebn.phinsolutions.com Dec 19 2019 03:15:24      Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
14244277       +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:18:07      Amazon.com/Synchrony Bank,
                 Attention: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14238167        E-mail/PDF: rmscedi@recoverycorp.com Dec 19 2019 03:20:02
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14232128        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 19 2019 03:19:59      Capital One,
                 c/o TSYS Total Debt Management,    P.O. Box 5155,    Norcross, GA 30091
14240106        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 19 2019 03:18:11
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14232129       +E-mail/Text: bankruptcy@cavps.com Dec 19 2019 03:16:07      Cavalry SPV I, LLC,
                 500 Summit Lake Drive--Suite 400,    Valhalla, NY 10595-1340
14307146        E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2019 03:16:33
                 Deutsche Bank National Bank Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14232133        E-mail/Text: mrdiscen@discover.com Dec 19 2019 03:15:25      Discover,    P.O. Box 30421,
                 Salt Lake City, UT 84130-0421
14232134       +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:19:57      Gap--Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
14232136        E-mail/Text: paparalegals@pandf.us Dec 19 2019 03:16:31      Patenaude & Felix,
                 Gregg L. Morris, Esq.,    213 East Main Street,    Carnegie, PA 15106
14263409        E-mail/Text: bnc-quantum@quantum3group.com Dec 19 2019 03:15:36
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14237256        E-mail/PDF: rmscedi@recoverycorp.com Dec 19 2019 03:18:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14232138       +E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2019 03:16:33
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14232139        E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Dec 19 2019 03:15:32
                 State Farm Bank,    P.O. Box 2327,    Bloomington, IL 61702-2327
14249885        E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Dec 19 2019 03:15:32
                 State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
14232140        E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:19:57      Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14307545       +E-mail/Text: bncmail@w-legal.com Dec 19 2019 03:16:02      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14244281        E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:19:58      Walmart/Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-9009
                                                                                              TOTAL: 19
```

```
District/off: 0315-2           User: dpas              Page 2 of 2                  Date Rcvd: Dec 18, 2019
                               Form ID: pdf900         Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
14232142*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  US Bank,    Cardmember Service,    P.O. Box 6335,
                  Fargo, ND 58125-6335)
                                                                                       TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:

```
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed
               Certificates, Series 2005-FFH4 alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
              Daniel R. White    on behalf of Debtor Todd A. Trozzo zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              David Z. Valencik    on behalf of Creditor William Edward Scott dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Creditor Dawn  Scott dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed
               Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4,
               Asset-Backed Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 8
```