IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| TODD A. TROZZO, | BANKRUPTCY NO. 16-21878-CMB |
| Debtor. | CHAPTER 13 |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15 LLC, | |
| Movant, | HEARING DATE: 02/27/2024 at 1:30 p.m. |
| vs. | RESPONSE DATE: 02/12/2024 |
| TODD A. TROZZO, | Related to Doc. No.: 85, 88, 90 |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Thomas E. Reilly, of Thomas E. Reilly, P.C. certify that I am, and at all time hereinafter mentioned, was more than 18 years of age and that on the 25th day of January, 2024, I served a copy of the within Notice of Hearing and Response Deadline, together with the Motion to Reopen the Chapter 13 Bankruptcy Case to Plead the Application for the Recovery of Unclaimed Funds filed in this proceeding, on the following persons by Email or First Class Mail as listed below and via the BNC electronically as set forth on the BNC Electronic Service List listed on the Official Court Docket:

SERVICE BY EMAIL:

**Daniel White, Esquire**
Tremba, Kinney, Greiner, Kerr & White
1310 Morrell Avenue
Suite 3
Connellsville, PA 15425
Email: dwhite@zeblaw.com

**Ronda J. Winnecour**
Suite 3250, USX Tower

600 Grant Street  
Pittsburgh, PA 15219  
Email: rwinnecour@chapter13trusteewdpa.com

SERVICE BY MAIL:

**Todd A. Trozzo**  
267 Chess Road  
Smithfield, PA 15478

      I certify under penalty of perjury that the foregoing is true and correct.

                                            THOMAS E. REILLY, P.C.

Dated: 01/25/2024              BY:             /s/ Thomas E. Reilly  
                                                   Thomas E. Reilly, Esquire  
                                                   Pa. I.D. No. 25832  
                                                   1468 Laurel Drive  
                                                   Sewickley, PA 15143  
                                                   tereilly@tomreillylaw.com