IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TODD A. TROZZO,

    Debtor.

BUREAUS INVESTMENT GROUP
PORTFOLIO NO. 15 LLC,

    Movant,

vs.

TODD A. TROZZO,

    Respondent.

BANKRUPTCY NO. 16-21878-CMB

CHAPTER 13

HEARING DATE: 02/27/2024 at 1:30 p.m.

RESPONSE DATE: 02/12/2024

Related to Doc. No 88

## ORDER OF COURT

AND NOW, to-wit, this 13th day of February, 20 24, upon the Motion of Movant, Bureaus Investment Group Portfolio No. 15 LLC, it is hereby ORDERED, ADJUDGED and DECREED that the case shall be, and is hereby, reopened to allow the Court to entertain the Motion to Pay Unclaimed Funds to be refiled by its servicer The Bureaus, Inc.

FILED
2/13/24 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm
_____ J.
               dmk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21878-CMB |
| Todd A. Trozzo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Todd A. Trozzo, 267 Chess Road, Smithfield, PA 15478-1421 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Daniel R. White | on behalf of Debtor Todd A. Trozzo lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| David Z. Valencik | on behalf of Creditor William Edward Scott dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

David Z. Valencik
    on behalf of Creditor Dawn Scott dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;
    ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

James Warmbrodt
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of First Franklin
    Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com

Matthew Christian Waldt
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of First Franklin
    Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com,
    bkecf@milsteadlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas E. Reilly
    on behalf of Creditor Bureaus Investment Group Portfolio No. 15 LLC ecf@tomreillylaw.com

TOTAL: 9