**Fill in this information to identify the case:**

Debtor 1: Todd A. Trozzo
   First Name  Middle Name  Last Name

Debtor 2: _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania
                                                              (State)

Case number: 16-21878



MAR 1 2 2024

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

---

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $1186.33 |
|---|---|
| Claimant's Name: | The Bureaus Inc |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 650 Dundee Rd., Suite 370<br>Northbrook, IL 60062<br>Phone: 630-282-5755<br>Email: rmajewski@thebureausinc.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [✓] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [✓] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Western District of Pennsylvania

Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

---

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10-12-2023

Signature of Applicant: *Ronni Majewski* (signed)

Printed Name of Applicant: Ronni Majewski

Address: 650 Dundee Rd., Suite 370
Northbrook, IL 60062

Telephone: 630-282-5755

Email: rmajewski@thebureausinc.com

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

---

### 6. Notarization
STATE OF IL
COUNTY OF COOK

This Application for Unclaimed Funds, dated 10-12-2023 was subscribed and sworn to before me this 12th day of October, 20 23 by RONNI MAJEWSKI who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public: *Carole A Wiegel* (signed)

My commission expires: 12/6/25

CAROLE A WIEGEL
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 6, 2025

### 6. Notarization
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires: _____

---

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

Office of the U.S. Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Names and addresses of all other parties served:

Date: 10-12-2023

(Signature)

Ronni Majewski
(Name Printed)

650 Dundee Rd., Suite 370
(Street or P O Box Address)

Northbrook
(City)

IL
(State)

60062
(Zip Code)

SCAN FORM AND ATTACHMENTS

## RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

2. Case Administrator



FROM:  Financial Administrator

DATE: 8/30/2019

CASE NAME: Trozzo

CASE NUMBER: 16-21878-CMB

Check Number 1128732 in the amount of $ 1,186.33 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 16154   Intake Clerk's Initials 

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
08/28/2019

| | |
|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 | OR    Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: TODD A. TROZZO

Case No: 16-21878CMB

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Bureaus Investment Group Portfolio No 15 Llc++
C/O Recovery Mgmnt Syst Corp
25 Se 2Nd Ave Ste 1120
Miami,FL 33131-1605

CHECK NUMBER 1128732    AMOUNT $1186.33

    The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:DANIEL R WHITE ESQ
TODD A. TROZZO

Bureaus Investment Group Portfolio No 15 Llc++

**Fill in this information to identify the case:**

Debtor 1: TODD A TROZZO

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number: 16-21878-CMB

Official Form 410

# Proof of Claim

04/16

Read the Instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Bureaus Investment Group Portfolio No 15 LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   CAPITAL ONE, N.A.

**2. Has this claim been acquired from someone else?**
☐ No
☒ Yes. From whom? Capital One

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Bureaus Investment Group Portfolio No 15 LLC
c/o Recovery Management Systems Corp
Name
25 SE 2nd Avenue Suite 1120
Number     Street
Miami      FL     33131-1605
City       State  ZIP Code

Contact phone (305) 379-7674
Contact email claims@recoverycorp.com

Where should payments to the creditor be sent? (if different)

Name _____
Number  Street _____
City    State   ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___
                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

3800036320 - 14406133

Official Form 410                Proof of Claim                page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: **4918**

7. How much is the claim?   $ 6,316.06 . Does this amount include interest or other charges?
   ☐ No
   ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.
   Credit Card

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.
   
   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____
   
   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   Value of property:                  $_____
   Amount of the claim that is secured:   $_____
   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   Amount necessary to cure any default as of the date of the petition:   $_____
   
   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

Official Form 410                           Proof of Claim                                    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes. Check all that apply: | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   5/31/2016
                   MM / DD / YYYY

/s/ Yehudis Illions
_____
Signature

Print the name of the person who is completing and signing this claim:

Name          Yehudis                                              Illions
              First name          Middle name                      Last name

Title         Bankruptcy Clerk

Company       Recovery Management Systems Corporation
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address       25 SE 2nd Avenue Suite 1120
              Number       Street
              Miami                                  FL        33131-1605
              City                                   State     ZIP Code

Contact phone  (305) 379-7674                        Email     claims@recoverycorp.com

## Bankruptcy Rule 3001(c)(2)(A) Statement*

**Itemize the interest, fees, expenses, and charges incurred before the petition date.***

| Description | | Amount |
|---|---|---|
| 1. Principal | (1) | $5,462.94 |
| 2. Interest | (2) | $853.12 |
| 3. Fees | (3) | $0.00 |
| 4. Expenses | (4) | $0.00 |
| 5. Charges | (5) | $0.00 |
| 6. Total prepetition principal, interest, fees, expenses, and charges. Add all of the amounts listed above. | (6) | $6,316.06 |

## Bankruptcy Rule 3001(c)(3)(A) Statement*

| Description | Response |
|---|---|
| 1. Name of the entity from whom the creditor purchased the account | (1) Capital One |
| 2. Name of the entity to whom the debt was owed at the time of the account holder's last transaction on the account | (2) Unable to determine.(Original creditor is CAPITAL ONE, N.A.) |
| 3. Date of the account holder's last transaction | (3) 12/10/2013 |
| 4. Date of the Last Payment on the Account | (4) 3/25/2014 |
| 5. Date on which the account was charged to profit and loss | (5) 8/30/2014 |

Obligor(s):
TODD A TROZZO

In the September 2010 Committee on Rules of Practice and Procedure Report to the Judicial Conference of the United States, the Committee acknowledged that "under federal record retention policies for financial institutions, credit card records generally need to be retained for only two (2) years. Furthermore, account information is usually stored in an electronic format, and it may not be practicable to reproduce a duplicate of an account statement."

* The claimant expressly reserves its right to amend or supplement this statement and/or the proof of claim to which it attaches in any respect.

** All information concerning this account is based on records and documentation provided by Bureaus Investment Group Portfolio No 15 LLC to Recovery Management Systems Corporation. To request additional information or documentation with respect to the statement and/or proof of claim to which it attaches, please contact a claim specialist at (305) 379-7674 or at claims@recoverycorp.com. Some documents may no longer be available, or may have been lost or destroyed.



