**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASE NAME** | Todd A. Trozzo |
| **CASE NO.** | **16-21878-CMB** |
| **RELATED TO DOCUMENT NO.** | **95-Motion To Pay Unclaimed Funds** |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Motion for Payment of Unclaimed Funds that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

A Proposed Order is required to be filed per PAWB Local Rule 9013-4, as all documents requesting relief shall have an appropriate proposed order of Court.

You must file Proposed Order within seven (7) days of the date of this notice.

| | | |
|---|---|---|
| March 13, 2024 | By: | Dmitriy Kampov |
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21878-CMB |
| Todd A. Trozzo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: bnc-thebureaus@quantum3group.com | Mar 14 2024 00:05:00 | The Bureaus Inc, c/o Ronni Majewski, 650 Dundee Rd., Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

**Name          Email Address**

Andrew M. Lubin
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

Daniel R. White
    on behalf of Debtor Todd A. Trozzo r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com

David Z. Valencik
    on behalf of Creditor William Edward Scott dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com; ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

David Z. Valencik
    on behalf of Creditor Dawn Scott dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;
    ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

James Warmbrodt
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin
    Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com

Matthew Christian Waldt
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin
    Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com,
    bkecf@milsteadlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas E. Reilly
    on behalf of Creditor Bureaus Investment Group Portfolio No. 15 LLC ecf@tomreillylaw.com

TOTAL: 9