IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Todd A. Trozzo |
|---|---|
| CASE NO. | **16-21878-CMB** |
| RELATED TO DOCUMENT NO. | 95-Motion To Pay Unclaimed Funds |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The Motion for Payment of Unclaimed Funds that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

A Proposed Order is required to be filed per PAWB Local Rule 9013-4, as all documents requesting relief shall have an appropriate proposed order of Court.

You must file Proposed Order within seven (7) days of the date of this notice.

|   March 13, 2024   | By: |   Dmitriy Kampov   |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

# Notice Recipients

District/Off: 0315−2     User: auto     Date Created: 3/13/2024
Case: 16−21878−CMB     Form ID: pdf900     Total: 4

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
tr     Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
aty     Thomas E. Reilly     ecf@tomreillylaw.com

                                          TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    The Bureaus Inc     c/o Ronni Majewski     650 Dundee Rd., Suite 370     Northbrook, IL 60062

                                          TOTAL: 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  TODD A. TROZZO, | |
| Debtor. | BANKRUPTCY NO. 16-21878-CMB |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15 LLC, | CHAPTER 13 |
| Movant, | Hearing:  04/25/2024 at 1:30 p.m. |
| vs. | Response DDL: 04/01/24 |
| TODD A. TROZZO, | |
| Respondent. | Related to Doc. No.:  95, 96, 97 |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 20_____, the Court having considered the Application for Payment of Unclaimed Funds filed by The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062, ("Claimant") for payment of a dividend from Unclaimed Funds in the amount of $1,186.33, it appearing to the Court that Claimant is entitled to receive payment, and that these funds are now on deposit in the Treasury of the United States and proper notice of the Application was given to the United States Attorney for the Western District of Pennsylvania pursuant to 28 U.S.C. §2042, the Clerk of the Bankruptcy Court shall issue a draft upon the Treasury of the United States in the amount stated above payable to the Claimant and send the draft the Claimant.

BY THE COURT:

_____
J.