IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TODD A. TROZZO,

Debtor.

BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15 LLC,

Movant,

vs.

TODD A. TROZZO,

Respondent.

BANKRUPTCY NO. 16-21878-CMB

CHAPTER 13

Hearing: 04/25/2024 at 1:30 p.m.

Response DDL: 04/01/24

Related to Doc. 95, 96, 97, 99

## CERTIFICATE OF SERVICE

I, Thomas E. Reilly, of Thomas E. Reilly, P.C. certify that I am, and at all time hereinafter mentioned, was more than 18 years of age and that on the 16th day of March, 2024, I served a copy of the Application for Payment of Unclaimed Funds, Proposed Order and Order and Notice Setting Date Certain for Response and Hearing on Motion filed in this proceeding, on the following persons by Email or First Class Mail as listed below and via the BNC electronically as set forth on the BNC Electronic Service List listed on the Official Court Docket:

SERVICE BY EMAIL:

**Daniel White, Esquire**
Tremba, Kinney, Greiner, Kerr & White
1310 Morrell Avenue
Suite 3
Connellsville, PA 15425
Email: dwhite@zeblaw.com

**Ronda J. Winnecour**
Suite 3250, USX Tower

600 Grant Street
Pittsburgh, PA 15219
Email: rwinnecour@chapter13trusteewdpa.com

SERVICE BY MAIL:

**Todd A. Trozzo**
267 Chess Road
Smithfield, PA 15478

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

Eric G. Olshan, Esquire
US Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

      I certify under penalty of perjury that the foregoing is true and correct.

                                                        THOMAS E. REILLY, P.C.

Dated: 03/16/2024                BY:            /s/ Thomas E. Reilly
                                                          Thomas E. Reilly, Esquire
                                                          Pa. I.D. No. 25832
                                                          1468 Laurel Drive
                                                          Sewickley, PA 15143
                                                          tereilly@tomreillylaw.com