**Form 209**

**UNITED STATES BANKRUPTCY COURT**        97 − 95
**WESTERN DISTRICT OF PENNSYLVANIA**       dkro

In re:                                              Bankruptcy Case No.: 16−21878−CMB

   Chapter: 13
   Hearing Date: 4/25/24 at 01:30 PM

**Todd A. Trozzo**
    Debtor(s)

### CERTIFICATE OF SERVICE

I,_____, of ** _____

_____

_____

**CERTIFY:**

   **That I am at least 18 years of age:**

   That on the _____ day of _____, _____, I served a copy of the within Order
**Setting Date Certain** *together with the Motion* filed in this proceeding, on:

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

**at the following address(es):**

**I certify under penalty of perjury that the foregoing is true and correct.**

   Executed on _____      _____
                        (Date)                                        (Signature)

**\*\*Indicate Current Mailing Address**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21878-CMB |
| Todd A. Trozzo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 15, 2024 | Form ID: 209 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bnc-thebureaus@quantum3group.com | Mar 16 2024 00:15:00 | The Bureaus Inc, Attn: Ronni Majewski, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024           Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Daniel R. White | on behalf of Debtor Todd A. Trozzo r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| David Z. Valencik | on behalf of Creditor William Edward Scott dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| David Z. Valencik | |

Case 16-21878-CMB    Doc 101    Filed 03/17/24    Entered 03/18/24 00:25:44    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 15, 2024 | Form ID: 209 | Total Noticed: 1 |

on behalf of Creditor Dawn Scott dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com; ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

James Warmbrodt

on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com

Matthew Christian Waldt

on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas E. Reilly

on behalf of Creditor Bureaus Investment Group Portfolio No. 15 LLC ecf@tomreillylaw.com

TOTAL: 9