IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TODD A. TROZZO,

Debtor.

BANKRUPTCY NO. 16-21878-CMB

CHAPTER 13

THOMAS E. REILLY, ESQUIRE,

Movant,

vs.

NO RESPONDENT,

Respondent.

Hearing: 04/25/2024 at 1:30 p.m.

Response Date: 04/15/2024

Related to Doc. 88, 102, 103

CERTIFICATE OF SERVICE

I, Thomas E. Reilly, of Thomas E. Reilly, P.C. certify that I am, and at all time hereinafter mentioned, was more than 18 years of age and that on the 27th day of March, 2024, I served a copy of the Application for Refund and Notice of Hearing and Response Deadline filed in this proceeding, on the following persons by Email or First Class Mail as listed below and via the BNC electronically as set forth on the BNC Electronic Service List listed on the Official Court Docket:

SERVICE BY EMAIL:

**Daniel White, Esquire**
Tremba, Kinney, Greiner, Kerr & White
1310 Morrell Avenue
Suite 3
Connellsville, PA 15425
Email: dwhite@zeblaw.com

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Email: rwinnecour@chapter13trusteewdpa.com

SERVICE BY MAIL:

**Todd A. Trozzo**
267 Chess Road
Smithfield, PA 15478

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

       I certify under penalty of perjury that the foregoing is true and correct.

                                                    THOMAS E. REILLY, P.C.

Dated: 03/27/2024                BY:          /s/ Thomas E. Reilly
                                                    Thomas E. Reilly, Esquire
                                                    Pa. I.D. No. 25832
                                                  1468 Laurel Drive
                                                  Sewickley, PA 15143
                                                  tereilly@tomreillylaw.com