IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TODD A. TROZZO,<br>　　　　Debtor. | BANKRUPTCY NO. 16-21878-CMB |
| BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO. 15 LLC,<br>　　　　Movant, | CHAPTER 13 |
| | Hearing: 04/25/2024 at 1:30 p.m. |
| vs. | Response DDL: 04/01/24 |
| TODD A. TROZZO,<br>　　　　Respondent. | Related to Doc. 95, 96, 97, 99 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleadings to the Application for Payment filed on March 12, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereof. Pursuant to the Notice of Date Certain for Response and Hearing on Motion, response to the Application was to be filed and served no later than April 1, 2024.

It is hereby respectfully requested that the proposed Order of Court on the Application be entered by the Court.

THOMAS E. REILLY, P.C.

04/03/2024　　　　　　　　　　　　BY:　　　/s/ Thomas E. Reilly
Date　　　　　　　　　　　　　　　　　　　Thomas E. Reilly, Esquire
　　　　　　　　　　　　　　　　　　　　　Pa. I.D. #25832
　　　　　　　　　　　　　　　　　　　　　1468 Laurel Drive
　　　　　　　　　　　　　　　　　　　　　Sewickley, PA 15143
　　　　　　　　　　　　　　　　　　　　　tereilly@tomreillylaw.com
　　　　　　　　　　　　　　　　　　　　　(724) 933-3500