IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  TODD A. TROZZO, | |
| Debtor. | BANKRUPTCY NO. 16-21878-CMB |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15 LLC, | CHAPTER 13 |
| Movant, | Hearing:  04/25/2024 at 1:30 p.m. |
| vs. | Response DDL: 04/01/24 |
| TODD A. TROZZO, | |
| Respondent. | Related to Doc. No.:  95, 96, 97 |

**ENTERED BY DEFAULT**

**ORDER OF COURT**

AND NOW, to-wit, this _____4th_____ day of _____April_____, 20 _24_,

the Court having considered the Application for Payment of Unclaimed Funds filed by

The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062, ("Claimant")  for

payment of a dividend from Unclaimed Funds in the amount of $1,186.33, it appearing to

the Court that Claimant is entitled to receive payment, and that these funds are now on

deposit in the Treasury of the United States and proper notice of the Application was

given to the United States Attorney for the Western District of Pennsylvania pursuant to

28 U.S.C. §2042, the Clerk of the Bankruptcy Court shall issue a draft upon the Treasury

of the United States in the amount stated above payable to the Claimant and send the

draft the Claimant.

BY THE COURT:

Carlota M. Böhm                dmk
_____ J.

FILED
4/4/24 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 16-21878-CMB

Todd A. Trozzo                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 04, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Todd A. Trozzo, 267 Chess Road, Smithfield, PA 15478-1421 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-thebureaus@quantum3group.com | Apr 04 2024 23:56:00 | The Bureaus Inc, Attn: Ronni Majewski, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Daniel R. White | on behalf of Debtor Todd A. Trozzo r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |

David Z. Valencik

on behalf of Creditor William Edward Scott dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;
ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

David Z. Valencik

on behalf of Creditor Dawn Scott dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;
ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

James Warmbrodt

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of First Franklin
Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com

Matthew Christian Waldt

on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of First Franklin
Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 mwaldt@milsteadlaw.com,
bkecf@milsteadlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas E. Reilly

on behalf of Creditor Bureaus Investment Group Portfolio No. 15 LLC ecf@tomreillylaw.com

Thomas E. Reilly

on behalf of Attorney Thomas E. Reilly  P.C. ecf@tomreillylaw.com


TOTAL: 10